UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWNA RENEE JOHNSON,<br><br>    Defendant. | Case No.: 2:04-cr-00096-KJD-RJJ-1<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on December 22, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**     US POSTAL SERVICE
**Restitution Amount:** $106,110.10

**Total Amount of Restitution ordered:  $106,110.10***

*The Restitution amount does not include any payments receipted by the Court.

DATED this  1st  day of  December , 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE